

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00177-CV

---

Debbie Outlaw and Debbie Outlaw Properties, LLC, Appellants

v.

Ava McPartlin, Appellee

---

On Appeal from the County Court at Law No 2
Travis County, Texas
Trial Court No. C-1-CV-24-004001

---

## MEMORANDUM OPINION

Appellants, Debbie Outlaw and Debbie Outlaw Properties, LLC, filed a notice of appeal on March 16, 2026, but neither paid the appellate filing fees nor established a right to proceed

without payment of costs.[1] *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On April 24, 2026, the Clerk of this Court notified Appellants that the fee was due and that this appeal could be dismissed if they failed to pay the filing fees by May 4, 2026. The Clerk further notified Appellants that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Appellants neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

GINA M. PALAFOX, Justice

May 21, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.